UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KATHARINE TARBELL-LITTMAN,

           Plaintiff,

-against-

TFO USA LIMITED,

           Defendant.

19-CV-3063 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge**.

The Court has received and reviewed the parties' joint letter dated November 21, 2019 (Dkt. No. 23), seeking approval of their revised proposed Settlement Agreement (Agreement) (Dkt. No. 23-1) pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).

The Court has reviewed the terms of the revised Agreement and finds that they are fair and reasonable as required by *Cheeks*, 796 F.3d at 206. Accordingly, the proposed settlement is APPROVED, and this action is DISMISSED with prejudice and without costs.

The Clerk of the Court is directed to close the case.

Dated: New York, New York
         December 2, 2019

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**